# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bank of the West, | NO. CV-20-02111-PHX-SMM |
| Plaintiff, | MEMORANDUM OF DECISION AND ORDER |
| v. | |
| Cruisers Yachts 540 Coupe 2013, Hull Identification No. CRSCN102D213, et al., | |
| Defendants. | |

The matter was referred to Magistrate Judge Eileen S. Willett for a Report and Recommendation. (Doc. 4.) On August 10, 2021, the Magistrate Judge filed a Report and Recommendation with this Court. (Doc. 23.) To date, no objections have been filed.

## STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the Magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6, 72. Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting *de novo* review of the Magistrate Judge's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a Magistrate Judge's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

**DISCUSSION**

Having reviewed the Report and Recommendation of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendation.

**CONCLUSION**

Accordingly, for the reasons set forth,

**IT IS HEREBY ORDERED** that the Court adopts the Report and Recommendation of the Magistrate Judge. (Doc. 23.)

**IT IS FURTHER ORDERED granting** Plaintiff's Motion for an Award of Attorneys' Fees and Costs. (Doc. 18.)

**IT IS FURTHER ORDERED granting** Plaintiff's Motion to Amend Judgment in Civil Case. (Doc. 19.)

**IT IS FURTHER ORDERED** that Judgment be entered in favor of Plaintiff Bank of the West and against Defendant Dean Michael Whitefield a/k/a Michael Dean Whitefield, in the following amounts:

1. The principal amount of $657,781.15 through October 8, 2020;

2. Pre-judgment interest on the foregoing amount at the rate of 4.99% per annum from October 8, 2020 through the date the Judgment is entered; and

3. Post-judgment interest on the foregoing amounts at the rate of 4.99% per annum from the date of the Judgment until paid in full.

**IT IS FURTHER ORDERED** that Plaintiff Bank of the West be awarded its reasonable attorneys' fees, costs, and expenses related to enforcement of the Retail Installment Contract and Security Agreement (in the form attached to the Complaint) against Dean Michael Whitefield a/k/a Michael Dean Whitefield in the following amounts:

1. Attorneys' fees in the amount of $16,229.85;

2. Taxable costs in the amount of $486.40;

3. Non-taxable costs in the amount of $42,582.66; and

4. Interest on the foregoing attorneys' fees and costs at the legally allowable rate pursuant to 28 U.S.C. § 1961 from the date of entry of the judgment until paid in full.

**IT IS FURTHER ORDERED** that the Judgment reflect that Defendant is entitled to a credit towards the amounts owed in the Judgment in the amount of $325,000.00 (the "Judgment Credit").

**IT IS FURTHER ORDERED** that the foregoing Judgment Credit shall be applied to the amounts owed in the Judgment in the following order:

1. FIRST: To the payment of the expenses and charges of said vessel sale, including the expenses of retaking said vessel and any and all other expenses incurred by Plaintiff in the protection of its rights, including attorneys' fees; and

2. SECOND: To the payment of the unpaid balance of principal and interest due upon the promissory note and any unpaid advances made to Defendant.

Dated this 30th day of August, 2021.

_____
Honorable Stephen M. McNamee
Senior United States District Judge